Dismissed and Memorandum Opinion filed October 28, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00622-CR

____________

 

WILLIAM JAMES SULLIVAN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 1170819

 



 

M E M O R
A N D U M   O P I N I O N

Appellant entered a plea of guilty, without an agreed
recommendation on punishment, to aggravated assault against a public servant.  On
June 17, 2010, the trial court deferred a finding of guilt and placed appellant
on community supervision for six years.  Appellant filed a pro se notice of appeal
on July 7, 2010.  

On September 9, 2010, this court ordered a hearing to
determine whether appellant was indigent.  On September 15, 2010, the trial
court conducted the hearing, and the record of the hearing was filed in this
court on October 4, 2010.

At the hearing, the court admonished appellant about his
right to appeal and to an appointed attorney.  Appellant informed the court that
he no longer wished to pursue his appeal.

Appellant has not filed a written motion to withdraw the
appeal or a written motion to dismiss the appeal.  See Tex. R. App. P. 42.2(a). 
However, based upon the testimony at the hearing that appellant does not want
to continue his appeal, we conclude that good cause exists to suspend the
operation of Rule 42.2(a) in this case.  See Tex. R. App. P. 2.

Accordingly, we dismiss the appeal. 

 

PER CURIAM

 

Panel
consists of Chief Justice Hedges and Justices Yates and Sullivan. 

Do Not
Publish C  Tex. R. App. P. 47.2(b).